IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Cause No. CR-09-60-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DEBBIE SCHLEINING,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn Ostby [Doc. #17], to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty to the charges of the Information is hereby accepted.  The Defendant is adjudged guilty of the offense of Conspiracy to Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. Sections 846 and 841(a)(1).   Defendant consents to forfeiture, pursuant to 21 U.S.C. Section 853.  Sentencing has been set by Order of Court for August 24, 2009, at 1:30 p.m. [Doc. #18].

DATED the 8th Day of June 2009.

_/s/ Richard F. Cebull_____
RICHARD F. CEBULL
CHIEF U.S. DISTRICT JUDGE